FILED
CLERK, U.S. DISTRICT COURT

6/9/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         PLAINTIFF, <br><br> v. <br><br> DAVID JOSE HUERTA, <br><br>         DEFENDANT. | **WARRANT FOR ARREST** <br><br> ON COMPLAINT <br><br> CASE NO.:  2:25-mj-03504-DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest DAVID JOSE HUERTA and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Conspiracy to Impede an Officer, in violation of Title 18, United States Code, Section 372.

REC:  BY AUSA Shawn Andrews                    [Detention]

June 8, 2025 at 11:42 a.m.
Date

Hon. Jacqueline Chooljian

*[signature]*
Signature of Magistrate Judge

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): 2465 E 16th St, Los Angeles, California | |
| DATE RECEIVED 06/08/2025 | NAME AND TITLE OF ARRESTING OFFICER: Ryan Ribner, Supervisory Special Agent |
| DATE OF ARREST 06/06/2025 | SIGNATURE OF ARRESTING OFFICER: RYAN M RIBNER  Digitally signed by RYAN M RIBNER  Date: 2025.06.09 09:49:23 -07'00' |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: DHS: Homeland Security Investigations | INVESTIGATIVE AGENCY ADDRESS: 501 W Ocean Blvd, Ste 7200 Long Beach, CA 90802 |
|---|---|

NOTES: