BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5339
    Facsimile: (213) 894-0141
    E-mail:   shawn.nelson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03504 |
|---|---|
| Plaintiff, | STIPULATION RE: FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Shawn J. Nelson, and defendant DAVID JOSE HUERTA ("defendant"), by and through defendant's counsel of record, Marilyn Bednarski, hereby stipulate as follows:

    1.   Defendant was arrested for a violation of 18 U.S.C. § 372 (conspiracy to impede an officer) on June 6, 2025. The Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), originally required that an information or indictment be filed on or before July 6, 2025.

2. By this stipulation, the parties jointly move to continue the date by which an information or indictment must be filed to August 5, 2025.

3. The parties agree and stipulate, and request that the court find that the ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because defense counsel requires additional time to confer with defendant and to conduct and complete an independent investigation of the case to present evidence to the prosecution to consider in advance of the filing of charges in this case.

4. Based on the foregoing, the parties request that the Court find that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161(b), within which an information or indictment must be filed, the time period of July 6, 2025, to August 5, 2025, is deemed excludable pursuant to 18 U.S.C. § 3161(h) because the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a filing of an information or indictment within the period specified in Section 3161(b).

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that

//

//

additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated: 6/29/2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

_/s/ Shawn J. Nelson_
SHAWN J. NELSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 6/29/2025

_/s/ Marilyn Bednarski_
MARILYN BEDNARSKI
Attorney for Defendant
DAVID JOSE HUERTA

Dated: 6/29/2025

_/s/ David Jose Huerta_
DAVID JOSE HUERTA