BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
NEIL THAKOR (Cal. Bar No. 308743)
Assistant United States Attorneys
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4477/6595
    Facsimile: (213) 894-6269
    E-mail:   mark.aveis@usdoj.gov
            neil.thakor@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-3504-DUTY |
|---|---|
| Plaintiff, | THIRD STIPULATION FOR EXCLUDABLE TIME FOR FILING OF INFORMATION OR INDICTMENT PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | [No hearing set] |

    Plaintiff United States of America, by and through its counsel of record, and defendant David Jose Huerta, ("defendant"), by and through his counsel of record, hereby stipulate as follows:

    1.   On June 6, 2025, defendant was arrested on a complaint charging a violation of 18 U.S.C. sec. 372. (Dkt. 1.) On June 9, 2025, defendant first appeared on the complaint. (Dkt. 9.) Defendant waived preliminary hearing. (Dkt. 5.) The Speedy Trial Act, 18 U.S.C. sec. 3161 *et seq.,* originally required that an indictment or information be filed by July 6, 2025.

2. On June 29, 2025, the parties stipulated, and the Court found good cause, to exclude time for the filing of an information or indictment to and including August 5, 2025. (Dkts. 19, 20.)

3. On August 1, 2025, the parties again stipulated to exclude time for the filing of an information or indictment, to and including September 19, 2025. (Dkt. 21.) The Court approved that stipulation. (Dkt. 22.)

4. By this stipulation, defendant hereby again waives his rights under 18 U.S.C. § 3161(b), agrees that time should be further excluded, as more fully described below, and moves to continue the date by which an information or indictment must be filed to October 17, 2025.

5. The parties agree and stipulate, and request that the Court find the following:

    a. The ends of justice outweigh the interest of the public and the defendant in the filing of an information or indictment within the original date prescribed by the Speedy Trial Act because defense counsel represents that:

        i. Prior to being able to meaningfully consult with defendant regarding the case, including the possibility of reaching a disposition prior to or concurrent with the filing of an indictment or information in this case, defense counsel will need additional time to confer with defendant; and

        ii. Additional time is necessary to confer with defendant, review the discovery and potential evidence in the case, and prepare for trial in the event that a resolution does not occur. Defense counsel represents that failure to grant the continuance

1  would deny defense counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.
3             iii.  More specifically, defense counsel will need
4  time to review additional discovery, including witness interview
5  reports, that the government, as condition of this stipulation,
6  agrees to provide to defense counsel not later than September 19,
7  2025.
8      6.   Based on the foregoing, the parties request that the Court
9  find that, for the purpose of computing time under the Speedy Trial
10 Act, 18 U.S.C. § 3161(b), within which an information or indictment
11 must be filed, the time period of September 19, 2025 to October 17,
12 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)
13 because the ends of justice served by granting a continuance outweigh
14 the best interest of the public and the defendant in a filing of an
15 information or indictment within the period specified in Section
16 3161(b).
17     7.   The parties further stipulate and request that the Court
18 find that nothing in this stipulation and order shall preclude a
19 finding that other provisions of the Speedy Trial Act dictate that
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  additional time periods are excludable from the period within which
2  an information or indictment must be filed.
3      IT IS SO STIPULATED.
4  Dated: September 11, 2025        BILAL A. ESSAYLI
                                    Acting United States Attorney

                                    JOSEPH T. MCNALLY
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division

                                    *Mark Aveis*
                                    _____
                                    MARK AVEIS
                                    NEIL THAKOR
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

12 Dated: September 12, 2025        /s/ per email authorization 9/12/2025
                                    _____
                                    MARILYN E. BEDNARSKI
                                    Attorney for Defendant
                                    DAVID JOSE HUERTA

                                    see atta he  pa e
                                    _____
                                    DAVID JOSE HUERTA

```
 1  additional time periods are excludable from the period within which
 2  an information or indictment must be filed.
 3       IT IS SO STIPULATED.
 4  Dated: September 11, 2025        BILAL A. ESSAYLI
                                     Acting United States Attorney
 5
                                     JOSEPH T. MCNALLY
 6                                   Assistant United States Attorney
                                     Acting Chief, Criminal Division
 7
 8                                   _____
                                     MARK AVEIS
 9                                   NEIL THAKOR
                                     Assistant United States Attorneys
10
                                     Attorneys for Plaintiff
11                                   UNITED STATES OF AMERICA

12  Dated: September 12, 2025        _____
                                     MARILYN E. BEDNARSKI
13                                   Attorney for Defendant
                                     DAVID JOSE HUERTA
14
15                                   _____
16                                   DAVID JOSE HUERTA
17
18
...
28
```