BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850
    Facsimile: (213) 894-0141
    E-mail:   Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>DAVID JOSE HUERTA,<br><br>    Defendant. | No. 2:25-MJ-03504-DUTY<br><br>[~~PROPOSED~~] ORDER TO DISMISS COMPLAINT PURSUANT TO RULE 48(a)<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

    IT IS HEREBY ORDERED that the complaint against defendant is dismissed without prejudice under Federal Rule of Criminal Procedure 48(a). Defendant's bond is exonerated.

    IT IS SO ORDERED.

    October 22, 2025
_____    _____
DATE                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

           /s/
_____
FRANCES S. LEWIS
Assistant United States Attorney